**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Monica Cauley Johnson |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Western   District of   TN (State) |
| Case number | 18-22571 |

## Official Form 410S1

# Notice of Mortgage Payment Change

**12/15**

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** US Bank Trust National Association as Trustee of Bungalow Series F Trust

**Court claim no.** (if known): 5-1

**Last 4 digits** of any number you use to identify the debtor's account:   3   8   9   7

**Date of payment change:**
Must be at least 21 days after date of this notice     08 / 01 / 2018

**New total payment:**
Principal, interest, and escrow, if any     $ 1260.81

---

| Part 1: | Escrow Account Payment Adjustment |
|---|---|

**1. Will there be a change in the debtor's escrow account payment?**

☑ No
☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____
_____

Current escrow payment: $ _____     New escrow payment: $ _____

---

| Part 2: | Mortgage Payment Adjustment |
|---|---|

**2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

☐ No
☑ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____
_____

Current interest rate: 2.000 %     New interest rate: 3.000 %

Current principal and interest payment: $ 575.75     New principal and interest payment: $ 668.89

---

| Part 3: | Other Payment Change |
|---|---|

**3. Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☑ No
☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
(*Court approval may be required before the payment change can take effect.*)

Reason for change: _____

Current mortgage payment: $ _____     New mortgage payment: $ _____

---

Debtor 1  Monica Cauley Johnson
_____
First Name    Middle Name    Last Name

Case number (*if known*)  18-22571
_____

## Part 4:  Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ _Kristin O Z_____ for    Date  07 / 05 / 2018
Signature

Print:  Michelle R. Ghidotti-Gonsalves
_____
First Name    Middle Name    Last Name

Title  AUTHORIZED AGENT

Company  The Law Offices of Michelle Ghidotti
_____

Address  1920 Old Tustin Ave.
_____
Number    Street

Santa Ana, CA 92705
_____
City    State    ZIP Code

Contact phone  ( 949 ) 427 – 2010

Email  kzilberstein@ghidottilaw.com

REDACTED

Investor Loan

After Recording Return To:
<u>INDEPENDENT SETTLEMENT SERVICES</u> [1]
<u>100 HIGH TOWER OFFICE BLDG</u>
<u>100 HIGH TOWER BLVD, SUITE 400</u>
<u>PITTSBURGH, PA 15205</u>

This document was prepared by Seterus, Inc.

..................................... [Space Above This Line For Recording Data] ....................................

REDACTED                                    REDACTED

Nationwide Mortgage Licensing System
REDACTED
S.

## HOME AFFORDABLE MODIFICATION AGREEMENT
### (Step Two of Two-Step Documentation Process)

*L710E*
Borrower ("I"): [1] MONICA L JOHNSON
Lender or Servicer ("Servicer"): Seterus, Inc.
Date of first lien mortgage, deed of trust, or security deed ("Mortgage") and Note ("Note"): October 19, 2007 *10/5/07*
Loan Number: REDACTED
Property Address ["see Exhibit "A" attached hereto and made a part of thereof"] ("Property"): 8913
LINDSTROM DR, CORDOVA, TN 38016    *Recorded 10/05/07*
                                    *Instrument Number 07181644*

If my representations in Section 1 continue to be true in all material respects, then this Home Affordable
Modification Agreement ("Agreement") will, as set forth in Section 3, amend and supplement (1) the
Mortgage on the Property, and (2) the Note secured by the Mortgage. The Mortgage and Note together,
as they may previously have been amended, are referred to as the "Loan Documents". Capitalized terms
used in this Agreement and not defined have the meaning given to them in Loan Documents.

*MAXIMUM PRINCIPAL INDEBTEDNESS FOR TENNESSEE*
*RECORDING TAX PURPOSE IS $64,257.00*

1   If more than one Borrower or Mortgagor is executing this document, each is referred to as "I." For purposes of this document
    words signifying the singular (such as "I") shall include the plural (such as "we") and vice versa where appropriate.

                                                                    Contract Code  DDG
HOME AFFORDABLE MODIFICATION AGREEMENT - Single Family - Fannie Mae/Freddie Mac UNIFORM INSTRUMENT
Form 3157   3/09 (rev. 8/09)              REDACTED

I understand that after I sign and return two copies of this Agreement to the Servicer, the Servicer will send me a signed copy of this Agreement. This Agreement will not take effect unless the preconditions set forth in Section 2 have been satisfied.

1.   **My Representations.** I certify, represent to Servicer and agree:

A.   I am experiencing a financial hardship, and as a result, (i) I am in default under the Loan Documents, and (ii) I do not have sufficient income or access to sufficient liquid assets to make the monthly mortgage payments now or in the near future;

B.   I live in the Property as my principal residence, and the Property has not been condemned;

C.   There has been no change in the ownership of the Property since I signed the Loan Documents;

D.   I have provided documentation for **all** income that I receive (and I understand that I am not required to disclose child support or alimony unless I chose to rely on such income when requesting to qualify for the Home Affordable Modification program ("Program"));

E.   Under penalty of perjury, all documents and information I have provided to Servicer in connection with this Agreement, including the documents and information regarding my eligibility for the Program, are true and correct;

F.   If Servicer requires me to obtain credit counseling in connection with the Program, I will do so; and

G.   I have made or will make all payments required under a Trial Period Plan or Loan Workout Plan.

2.   **Acknowledgements and Preconditions to Modification.** I understand and acknowledge that:

A.   If prior to the Modification Effective Date as set forth in Section 3 the Servicer determines that any of my representations in Section 1 are no longer true and correct, the Loan Documents will not be modified and this Agreement will terminate. In that event, the Servicer will have all of the rights and remedies provided by the Loan Documents; and

B.   I understand that the Loan Documents will not be modified unless and until (i) I receive from the Servicer a copy of this Agreement signed by the Servicer, and (ii) the Modification Effective Date (as defined in Section 3) has occurred. I further understand and agree that the Servicer will not be obligated or bound to make any modification of the Loan Documents if I fail to meet any one of the requirements under this Agreement.

3.   **The Modification.** If my representations in Section 1 continue to be true in all material respects and all preconditions to the modification set forth in Section 2 have been met, the Loan Documents will automatically become modified on August 01, 2013 (the "Modification Effective Date") and all unpaid late charges that remain unpaid will be waived. I understand that if I have failed to make any payments as a precondition to this modification under a workout plan or trial period plan, this modification will not take effect. The first modified payment will be due on August 01, 2013.

A.   The new Maturity Date will be: July 01, 2053.

B.   The modified principal balance of my Note will include all amounts and arrearages that will be past due as of the Modification Effective Date (including unpaid and deferred interest, fees, escrow advances and other costs, but excluding unpaid late charges, collectively, "Unpaid Amounts") less any amounts paid to the Servicer but not previously credited to my Loan. The new principal balance of my Note will be $280,557.77 (the "New Principal Balance"). I understand that by agreeing to add the Unpaid Amounts to the outstanding principal balance,

the added Unpaid Amounts to the outstanding principal balance, the added Unpaid Amounts accrue interest based on the interest rate in effect under this Agreement. I also understand that this means interest will now accrue on the unpaid Interest that is added to the outstanding principal balance, which would not happen without this Agreement.

C.   $90,431.86 of the New Principal Balance shall be deferred (the "Deferred Principal Balance") and I will not pay interest or make monthly payments on this amount. The New Principal Balance less the Deferred Principal Balance shall be referred to as the "Interest Bearing Principal Balance" and this amount is $190,125.91. Interest at the rate of 2.000% will begin to accrue on the Interest Bearing Principal Balance as of July 01, 2013 and the first new monthly payment on the Interest Bearing Principal Balance will be due on August 01, 2013. My payment schedule for the modified Loan is as follows:

| Years | Interest Rate | Interest Rate Change Date | Monthly Principal and Interest Payment Amount | Estimated Monthly Escrow Payment Amount* | Total Monthly Payment* | Payment Begins On | Number of Monthly Payments |
|---|---|---|---|---|---|---|---|
| 1-5 | 2.000 | 07/01/2013 | $575.75 | $975.67 *May adjust periodically* | $1,551.42 *May adjust periodically* | 08/01/2013 | 60 |
| 6 | 3.000 | 07/01/2018 | $668.89 | $975.67 *May adjust periodically* | $1,644.56 *May adjust periodically* | 08/01/2018 | 12 |
| 7 | 4.000 | 07/01/2019 | $767.20 | $975.67 *May adjust periodically* | $1,742.87 *May adjust periodically* | 08/01/2019 | 12 |
| 8-40 | 4.250 | 07/01/2020 | $792.29 | $975.67 *May adjust periodically* | $1,767.96 *May adjust periodically* | 08/01/2020 | 396 |

*The escrow payments may be adjusted periodically in accordance with applicable law and therefore my total monthly payment may change accordingly.

The above terms in this Section 3.C. shall supersede any provisions to the contrary in the Loan Documents, including but not limited to, provisions for an adjustable or step interest rate.

I understand that, if I have a pay option adjustable rate mortgage loan, upon modification, the minimum monthly payment option, the interest-only or any other payment options will no longer be offered and that the monthly payments described in the above payment schedule for my modified loan will be the minimum payment that will be due each month for the remaining term of the loan. My modified loan will not have a negative amortization feature that would allow me to pay less than the interest due resulting in any unpaid interest to be added to the outstanding principal balance.

D.   I will be in default if I do not comply with the terms of the Loan Documents, as modified by this Agreement.

E.   If a default rate of interest is permitted under the Loan Documents, then in the event of default under the Loan Documents, as amended, the interest that will be due will be the rate set forth in Section 3.C.

**HOME AFFORDABLE MODIFICATION AGREEMENT** - Single Family - Fannie Mae/Freddie Mac UNIFORM INSTRUMENT
Form 3157   3/09 (rev. 8/09)          REDACTED

Michelle R. Ghidotti-Gonsalves, Esq. (SBN 232837)
Jennifer R. Bergh, Esq. (SBN 305219)
Kristin A. Zilberstein, Esq. (SBN 200041)
LAW OFFICES OF MICHELLE GHIDOTTI
1920 Old Tustin Avenue
Santa Ana, CA 92705
Ph:  (949) 427-2010
Fax: (949) 427-2732
mghidotti@ghidottilaw.com

Attorney for Creditor
U.S. Bank Trust National Association, as Trustee of Bungalow Series F Trust

UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF TENNESSEE – MEMPHIS DIVISION

| | |
|---|---|
| In Re: | CASE NO.:  18-22571 |
| Monica Cauley Johnson, | CHAPTER 13 |
| Debtors. | **CERTIFICATE OF SERVICE** |

## <u>CERTIFICATE OF SERVICE</u>

I am employed in the County of Orange, State of California.  I am over the age of eighteen and not a party to the within action.  My business address is: 1920 Old Tustin Avenue, Santa Ana, CA 92705.

I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day of deposit in the ordinary course of business.

1

On July 10, 2018 I served the following documents described as:

- **NOTICE OF MORTGAGE PAYMENT CHANGE**

on the interested parties in this action by placing a true and correct copy thereof in a sealed

envelope addressed as follows:

(Via United States Mail)

| **Debtor** | **Chapter 13 Trustee** |
|---|---|
| Monica Cauley Johnson | Sylvia F. Brown |
| 8913 Lindstrom Drive | 200 Jefferson Ave. Suite #1113 |
| Cordova, TN 38016 | Memphis, TN 38103 |
| | |
| **Debtor's Counsel** | **U.S. Trustee** |
| Ryan Rich | U.S. Trustee |
| Law Office of Rich and Rich | Office of the U.S. Trustee |
| 3884 Summer Avenue | One Memphis Place |
| Memphis, TN 38122 | 200 Jefferson Avenue, Suite 400 |
| | Memphis, TN 38103 |

__xx___ (By First Class Mail) At my business address, I placed such envelope for deposit with the United States Postal Service by placing them for collection and mailing on that date following ordinary business practices.

_____ Via Electronic Mail pursuant to the requirements of the Local Bankruptcy Rules of the Eastern District of California

__xx__ (Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 10, 2018 at Santa Ana, California

Jeremy Romero

2
CERTIFICATE OF SERVICE